MICHAEL A. BARCOTT, SBA 73681
HOLMES WEDDLE & BARCOTT, P.C.
3101 Western Avenue, Suite 500
Seattle, WA 98121
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: mbarcott@hwb-law.com

Attorneys for Ryan Morgan and
Harlock Murray Underwriting Ltd., Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA AT EUREKA

| | |
|---|---|
| RYAN MORGAN; HARLOCK MURRAY UNDERWRITING LTD, <br><br> Plaintiffs, <br><br> v. <br><br> F/V CHIEF JOSEPH, her engines, tackle, gear, appurtences, etc. in rem; STEVEN ZIDELL, in personam; <br><br> Defendants. | *In Admiralty* <br><br> Case No. <br><br> **COMPLAINT** |

COME NOW, Plaintiff, RYAN MORGAN individually and as owner of the *F/V LINDA*, and HARLOCK MURRAY UNDERWRITING LTD, by and through counsel, and pursuant to 28 U.S.C. §1333, Fed. R.Civ.P 9(h), and the Supplemental Rules for Certain Admiralty and Maritime Claims and Local Admiralty Rules, hereby sues the Defendant, *F/V CHIEF JOSEPH, in rem,* and its owner and operator, STEVEN ZIDELL, *in personam*, for damages, and allege upon information and belief:

COMPLAINT - 1
Case No.

## I. JURISDICTION

1. This is an admiralty and/or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1333, and Pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

## II. DIVISION ASSIGNMENT

2. This matter is properly before this Division of the United States District Court for the Northern District of California pursuant to Civil L.R. 3-2(f) in this admiralty and/or maritime claim involving a vessel collision in the navigable waters of the United States, as Defendant STEVEN ZIDELL is a resident of Humboldt County, and the *F/V LINDA* can be found in Humboldt County as well.

3. Pursuant to Civil L.R. 3-2(g) and Civil L.R. 73, Plaintiffs hereby consent to assignment of this matter to the full-time Magistrate Judge presiding in the Eureka Division of this Court.

## III. GENERAL ALLEGATIONS

4. At and during all times hereinafter mentioned, Plaintiff RYAN MORGAN was a resident of Vancouver, WA, and was the owner of the *F/V LINDA* (Official No. 253268), which was a commercial fishing vessel engaged in the commercial salmon fishery.

5. At and during all times hereinafter mentioned, Plaintiff HARLOCK MURRAY UNDERWRITING LTD, is a Managing General Agent with a principal place of business in Vancouver, Canada which issued a policy of insurance to Plaintiff RYAN MORGAN for the F/V LINDA.

COMPLAINT - 2
Case No.

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

6. At and during all times hereinafter mentioned, Defendant *F/V CHIEF JOSEPH* (Official No. 248229) was a 47.9 foot commercial fishing vessel.

7. At and during all times hereinafter mentioned, Defendant STEVEN ZIDELL was a resident of Samoa, CA, and was the owner of the *F/V CHIEF JOSEPH*.

8. On or about July 28, 2021, during the morning hours, the *F/V LINDA,* properly manned, equipped, supplied and in all respects seaworthy, was drifting approximately 12 miles off the coast of Newport, OR.

9. On or about July 28, 2021, the vessel *F/V CHIEF JOSEPH* was transiting the waters approximately 12 miles off the coast of Newport, OR.

10. At approximately 4:00 am on July 28, 2021, while the *F/V LINDA* was drifting, it was struck by the *F/V CHIEF JOSEPH*. The collision caused substantial damage to the *F/V LINDA*.

11. The aforesaid collision and the resulting damage to *F/V LINDA* was not caused or contributed by any fault, neglect, or want of care on the part of Plaintiff or *F/V LINDA* or of the persons in charge of her, or of any person for whom Plaintiff were responsible, but was caused solely by and due wholly to the fault, neglect, and want of care of *F/V CHIEF JOSEPH* and those in charge of its navigation, operation and/or management, who were the servants and/or employees of the *F/V CHIEF JOSEPH* or its owner, STEVEN ZIDELL.

12. The damages sustained by *F/V LINDA* as a result of the collision rendered her a constructive total loss.

13. Plaintiff HARLOCK MURRAY UNDERWRITING LTD paid $103,341.97 under its policy of insurance and pursues this as a subrogation action.

14. Venue is proper pursuant to 28 U.S.C. § 1391(b)(1).

COMPLAINT - 3
Case No.

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

15. This Court has jurisdiction pursuant to the admiralty and maritime jurisdiction of the United States pursuant to 28 U.S.C. § 1331 and § 1333.

### IV.     COUNT ONE: *IN REM* CLAIM

16. Plaintiff reaffirms and realleges paragraphs 1 through 13 as if fully set out herein and would further allege:

17. The *F/V CHIEF JOSEPH* and those in charge of her had a duty to the *F/V LINDA* and her crew to operate their vessel safely and with due regard to all navigational hazards, rules and regulations and statutes.

18. The *F/V CHIEF JOSEPH* breached its duty by numerous acts and omissions including but not limited to:

    a. Colliding and making contact with the *F/V LINDA*.

    b. Failure to maneuver properly in time to avoid collision between the two vessels;

    c. Failure to properly assess the risk of collision between the two vessels by use of all available means under the circumstances,

    d. The operator, crew, and/or persons in charge of the *F/V CHIEF JOSEPH* were incompetent and/or were not attentive to their duties;

    e. Failing to implement and maintain proper operating policies and procedures for the safe navigation of the vessel at sea;

    f. Not maintaining a proper and alert lookout;

    g. Failing to obey the navigation rules applicable to vessels passing;

    h. Proceeding at a speed which was improper and excessive under the existing conditions;

COMPLAINT - 4
Case No.

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

  i. Failing to proceed with caution and with due regard for the existing circumstances and conditions;

  j. Failing to timely reduce its speed when it knew or should have known of the presence of other vessels, including *F/V LINDA*;

  k. Failing to maneuver prudently when the risk of collision existed.

  l. Failing to maintain proper lookout in the prevailing circumstances and conditions so as to make a full appraisal of the situation and of the risk of collision.

  m. The operator, crew, and/or persons in charge of the *F/V CHIEF JOSEPH* were acting in a manner that was willful, wanton, grossly negligent, or unconscionable, and such conduct showed a callous disregard for the rights of Plaintiff.

  n. In other respects as will be learned through discovery and shown at trial.

19. As a result of the negligence of the persons in charge of the *F/V CHIEF JOSEPH* and its unseaworthiness, as enumerated above, the collision occurred and the Plaintiff was damaged.

20. As a direct result of these acts and conditions, the F/V LINDA was declared to be a constructive total loss.

**V.** **COUNT TWO: NEGLIGENE AGAINST DEFENDANTS *IN PERSONAM***

21. Plaintiff reaffirms and realleges paragraphs 1 through 18 as if fully set out herein and would further allege

COMPLAINT - 5
Case No.

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

22. The *F/V CHIEF JOSEPH* and those in charge of her had a duty to the *F/V LINDA* and her crew to operate their vessel safely and with due regard to all navigational hazards, rules and regulations and statutes.

23. The *F/V CHIEF JOSEPH* breached its duty by numerous acts and omissions including but not limited to:

    a. Colliding and making contact with the *F/V LINDA*.

    b. Failure to maneuver properly in time to avoid collision between the two vessels;

    c. Failure to properly assess the risk of collision between the two vessels by use of all available means under the circumstances,

    d. The operator, crew, and/or persons in charge of the *F/V CHIEF JOSEPH* were incompetent and/or were not attentive to their duties;

    e. Failing to implement and maintain proper operating policies and procedures for the safe navigation of the vessel at sea;

    f. Not maintaining a proper and alert lookout;

    g. Failing to obey the navigation rules applicable to vessels passing;

    h. Proceeding at a speed which was improper and excessive under the existing conditions;

    i. Failing to proceed with caution and with due regard for the existing circumstances and conditions;

    j. Failing to timely reduce its speed when it knew or should have known of the presence of other vessels, including *F/V LINDA*;

    k. Failing to maneuver prudently when the risk of collision existed.

COMPLAINT - 6
Case No.

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

  l. Failing to maintain proper lookout in the prevailing circumstances and conditions so as to make a full appraisal of the situation and of the risk of collision.

  m. The operator, crew, and/or persons in charge of the *F/V CHIEF JOSEPH* were acting in a manner that was willful, wanton, grossly negligent, or unconscionable, and such conduct showed a callous disregard for the rights of Plaintiff.

  n. In other respects as will be learned through discovery and shown at trial.

24. As a result of the negligence of the persons in charge of the *F/V CHIEF JOSEPH* and its unseaworthiness, as enumerated above, the collision occurred and the Plaintiff was damaged.

25. As a direct result of these acts and conditions, the F/V LINDA was declared to be a constructive total loss.

**WHEREFORE,** Plaintiffs Pray:

 1. That process in due form of law according to the practices of this Court may issue against defendant;

 2. That a decree may be entered in favor of Plaintiffs against Defendants for the amount of Plaintiffs' damages of $103,341.97, together with interest and costs incurred;

 3. That a decree may be entered in favor of Plaintiffs against Defendants for punitive damages based on Defendants' willful, wanton, grossly negligent, or unconscionable conduct which showed a callous disregard for the rights of Plaintiffs.

COMPLAINT - 7
Case No.

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

4.      Plaintiffs further prays for such other further and different relief as this Court may deem just and proper in the premises.

DATED this 23rd day of March, 2023.

HOLMES WEDDLE & BARCOTT, P.C.

_____
Michael A. Barcott, SBA 73681
Attorneys for Ryan Morgan and Harlock
Murray Underwriting Ltd, Plaintiffs

COMPLAINT - 8
Case No.