# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Ryan Morgan; Harlock Muray Underwriting, Ltd,

## DEFENDANTS
F/V Chief Joseph, in rem; Steven Zidell, in personam,

**(b)** County of Residence of First Listed Plaintiff *(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant *(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Michael A. Barcott, Holmes Weddle & Barcott
3101 Western Ave Ste 500, Seattle, WA 98121, (206) 292-8008

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

[X] 380 Other Personal Property Damage

## V. ORIGIN *(Place an "X" in One Box Only)*
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1333, and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Cases

Brief description of cause: Negligence resulting in vessel collision

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, Fed. R. Civ. P.
DEMAND $
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S), IF ANY *(See instructions)*
JUDGE:
DOCKET NUMBER:

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)
*(Place an "X" in One Box Only)*
[ ] SAN FRANCISCO/OAKLAND  [ ] SAN JOSE  [X] EUREKA-MCKINLEYVILLE

DATE: 03/23/2023

SIGNATURE OF ATTORNEY OF RECORD: /s/ Michael A. Barcott