MICHAEL A. BARCOTT, SBA 73681
HOLMES WEDDLE & BARCOTT, P.C.
3101 Western Avenue, Suite 500
Seattle, WA  98121
Telephone:     (206) 292-8008
Facsimile:      (206) 340-0289
Email: mbarcott@hwb-law.com

Attorneys for Ryan Morgan and
Harlock Murray Underwriting Ltd, Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA AT EUREKA

| | |
|---|---|
| RYAN MORGAN; HARLOCK MURRAY UNDERWRITING LTD,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN ZIDELL, in personam; F/V CHIEF JOSEPH, her engines, tackle, gear, appurtences, etc. in rem,<br><br>Defendants. | *In Admiralty*<br><br>Case No. 1:23-cv-01357-RMI<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Plaintiffs Ryan Morgan and Harlock Murray Underwriting Ltd, by and through its attorneys, Holmes Weddle & Barcott, certify that other than the Plaintiffs themselves no other person, association of persons, firm, partnership, corporation (including parent corporation), or other entity has either; (i) a financial interest of any kind in the subject matter in controversy or as a party to the proceedings; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

CERTIFICATION OF CONFLICTS AND
INTERESTED ENTITIES OR PERSONS - 1
Case No. 1:23-cv-01357-RMI

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

DATED this 24th day of March, 2023.

                HOLMES WEDDLE & BARCOTT, P.C.

*[signature]*

Michael A. Barcott, SBA 73681
Attorneys for Ryan Morgan and Harlock
Murray Underwriting Ltd, Plaintiffs

G:\4295\33121\Pleadings\DRAFTS\Cert of Conflict.Interested Parties.docx

CERTIFICATION OF CONFLICTS AND
INTERESTED ENTITIES OR PERSONS - 2
Case No. 1:23-cv-01357-RMI