MICHAEL A. BARCOTT, SBA 73681
HOLMES WEDDLE & BARCOTT, P.C.
3101 Western Avenue, Suite 500
Seattle, WA  98121
Telephone:     (206) 292-8008
Facsimile:     (206) 340-0289
Email: mbarcott@hwb-law.com

Attorneys for Ryan Morgan and
Harlock Murray Underwriting Ltd, Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MORGAN; HARLOCK MURRAY UNDERWRITING LTD,<br><br>                      Plaintiffs,<br><br>        v.<br><br>STEVEN ZIDELL, in personam; F/V CHIEF JOSEPH, her engines, tackle, gear, appurtences, etc. in rem,<br><br>                      Defendants. | *In Admiralty*<br><br>Case No. 1:23-cv-01357-RMI<br>**NOTICE OF SETTLEMENT** |

        COMES NOW plaintiffs and notify this Court that this matter has been resolved

between the parties. Plaintiff will voluntarily dismiss this action upon defendants'

execution of a Release and payment of the settlement funds.

        Respectfully submitted.

        DATED this 21st day of June, 2023.

                                        HOLMES WEDDLE & BARCOTT, P.C.


                                        _____
                                        Michael A. Barcott, SBA 73681
                                        Attorneys for Plaintiffs

G:\4295\33121\Pleading\DRAFTS\Notice of Settlement.docx

NOTICE OF SETTLEMENT - 1
Case No. 1:23-cv-01357-RMI